**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH ALLEN TIDWELL, | ) NO. CV 14-5072-AG(E) |
| Plaintiff, | ) |
| v. | ) ORDER ACCEPTING FINDINGS, |
| PAUL GALLAGHER, | ) CONCLUSIONS AND RECOMMENDATIONS |
| Defendant. | ) OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Third Amended Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that: (1) summary judgment in favor of Defendant is granted; and (2) Judgment shall be entered dismissing the action with prejudice.

IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this Order, the Magistrate Judge's Report and Recommendation and the Judgment of this date on Plaintiff and counsel for Defendant.

DATED: June 27, 2017

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE