**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JOSEPH ALLEN TIDWELL, | ) | NO. CV 14-5072-AG(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| PAUL GALLAGHER, | ) | |
| Defendant. | ) | |

    IT IS ADJUDGED that the action is dismissed with prejudice.

    DATED: June 27, 2017

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE